

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial:
(212) 416-8568

August 3, 2007

By fax

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *Heitzner v. Gibson*, 07-CV-6699 (GAY)

Dear Judge Yanthis:

The Attorney General represents the defendants in this action—the State of New York, the New York State Division of Human Rights, and its Commissioner, Kumiki Gibson.

On their behalf—and with the consent of plaintiff's counsel—I write to respectfully request a thirty-day extension of time to respond to this newly filed complaint, from August 20 to September 19, 2007. This office needs this extra time to collect and review pertinent records, to discuss the allegations with defendants, and to prepare a proper response (and to accommodate previously scheduled vacations.) This is the first such request.

Respectfully submitted,

Peter Sistrom
Assistant Attorney General

APPLICATION GRANTED

SO ORDERED:

GEORGE A. YANTHIS, USMJ

8/3/07

Cc:   Jonathan Lovett, Esq

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us