UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

MICHELE HEITZNER,

                                Plaintiff,

      - against -                        07 CV 6699 (GAY)

KUMIKI GIBSON, individually, the STATE OF     **NOTICE OF**
NEW YORK, and the NEW YORK STATE             **APPEARANCE**
DIVISION OF HUMAN RIGHTS,

                                Defendants.

---

      Defendants the State of New York, the New York State Division of Human Rights, and Kumiki Gibson notify the Court that they are being represented in this action by Peter Sistrom, an Assistant Attorney General of the State of New York.

Dated:  August 14, 2007
           New York, New York

                                            */s/ Peter Sistrom*

                                            Peter Sistrom
                                            Assistant Attorney General
                                            120 Broadway, 24th Floor
                                            New York, New York 10271
                                            peter.sistrom@oag.state.ny.us
                                            (212) 416-8658