





**STATE OF NEW YORK**

**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

*Writer's Direct Dial:*
*(212) 416-8568*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

September 5, 2007

SO ORDERED:

*Granted;*

Hon. George A. Yanthis
United States Magistrate Judge.

*By fax: (914) 390-4095*

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   *Furlong v. Gibson*, 07-CV-6699 (KMK) (GAY)

Dear Judge Yanthis:

    The Attorney General represents the defendants in this action—the State of New York, the New York State Division of Human Rights, and its Commissioner, Kumiki Gibson.[1]

    On defendants' behalf—and with the consent of plaintiff's counsel—I write to respectfully request a thirty-day extension of time, to October 15, 2007, to file the motion to dismiss the complaint. Your Honor's order, entered August 15, 2007, gave defendants thirty days to file a motion to dismiss, in lieu of answer. This is the first such request and, as noted, plaintiff's counsel consents.

---

[1] It is my understanding that although this action was initially assigned in May to the WP4 docket and referred to Your Honor for all purposes pursuant to Standing Order M-10-468, the Court's Clerk on August 6, 2007, assigned it to the calendar of the Honorable Kenneth M. Karas, who in turn referred it to Your Honor.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

Hon. George A. Yanthis
Sept. 5, 2007
Page 2

Respectfully submitted,

Peter Sistrom
Assistant Attorney General

Cc:    Jonathan Lovett, Esq.