**MEMO ENDORSED**

# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT

JANE BILUS GOULD

222 BLOOMINGDALE ROAD

WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+

DRITA NICAJ+

914-428-8401
FAX 914-428-8916

+also admitted in New Jersey

November 15, 2007

NOV 15 2007

**VIA FACSIMILE**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

    Re:    **Heitzner v. Gibson**
             07 Civ. 06690 (KMK)
                  6699

Your Honor:

    We represent Plaintiff in the above-referenced matter and received permission to fax the instant correspondence from Eric in Chambers.

    Pursuant to the court conference held before Your Honor earlier today on this case and another case, Furlong v. Gibson, 07 Civ. 3825 (KMK), I mentioned that I intended to file a second amended complaint by tomorrow in both cases to clarify some things in the respective complaints. Following the conference, I realized that we cannot until we receive Your Honor's permission to do so since a first amended complaint has already been filed.

    Accordingly and with the consent of Assistant Attorney General Peter Sistrom who represents Defendants, we respectfully request leave to file a second amended complaint which will also include removing the State of New York and the New York State Division of Human Rights as Defendants and from the caption.

Respectfully submitted,

*[signature]*
Drita Nicaj

DN/nb

cc: Peter Sistrom, Esq. (via facsimile & first class mail)

So Ordered.

*[signature]*
11/18/07