UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELE HEITZNER,<br><br>        Plaintiff,<br><br>  - against -<br><br>KUMIKI GIBSON,<br><br>        Defendant. | 07-CV-6699(KMK)<br><br>**NOTICE OF APPEARANCE**<br><br>Electronically Filed |

    PLEASE TAKE NOTICE that Andrew M. Cuomo, Attorney General of the State of New York, by Barbara K. Hathaway, Assistant Attorney General, shall appear as counsel of record for defendant Kumiki Gibson in the above referenced action.

Dated:    New York, New York
           January 17, 2008

                                    ANDREW M. CUOMO
                                    Attorney General of the
                                        State of New York
                                    Attorney for Defendant


                                    By: S/_____
                                    Barbara K. Hathaway
                                    Assistant Attorney General
                                    120 Broadway – 24th Floor
                                    New York, New York 10271
                                    (212) 416-8560